

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00005-CV

JOHN W. WILEY                                                          APPELLANT

V.

THE BANK OF NEW YORK                                                   APPELLEE
MELLON F/K/A THE BANK OF NEW
YORK AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF
CWABS INC., ASSET-BACKED
CERTIFICATES SERIES 2005-3

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2015-005437-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 6, 2016, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a).  *See* Tex. R. App. P. 38.6(a).  We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within

---

[1]*See* Tex. R. App. P. 47.4.

ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(b). We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: June 16, 2016